Plaintiff failed to file a Form 44 Application for Review or Brief stating grounds for this appeal or specifying errors, and defendants have moved to dismiss. It is noted that the Deputy Commissioner resolved the causation issue based on medical records and first hand evaluation of several witnesses.
Consequently, the claimant's appeal should be, and hereby is, DISMISSED, and the Opinion and Award of the Deputy Commissioner remains the final decision of the Commission. I.C. Rule 701.
 S/ _____________________ J. RANDOLPH WARD COMMISSIONER
CONCURRING:
S/ ____________________ J. HOWARD BUNN CHAIRMAN
S/ ____________________ COY M. VANCE COMMISSIONER
JRW/tmd 5/8/95